IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL PURVIS,**<br><br>　Petitioner,<br><br>　*v.*<br><br>**ERIC TICE, et al.,**<br><br>　Respondents. | **CIVIL ACTION**<br><br>**NO. 21-cv-5545-KSM** |

## **ORDER**

**AND NOW**, this 7th day of August, 2024, upon consideration of the petition for a writ of habeas corpus, Petitioner's brief requesting his habeas petition be stayed and held in abeyance (Doc. No. 61) and any responses and replies thereto, the Report and Recommendation of Magistrate Judge Pamela A. Carlos recommending the instant matter be stayed pending the completion of Petitioner's state PCRA proceedings, and upon stipulation of the parties agreeing to stay this matter pending the outcome of Petitioner's state PCRA proceedings, **IT IS ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Petitioner's request for a stay (Doc. No. 61) is **GRANTED**;

3. The instant matter is **STAYED** pending completion of Petitioner's state PCRA proceedings;

4. Petitioner shall file a status report within **thirty days** of the conclusion of his state PCRA proceedings advising whether he seeks to continue pursuing his federal habeas petition; and,

5. Petitioner shall file status reports advising the Court of the status of his state PCRA

proceedings **every ninety days** from the date of this Order.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston

_____

KAREN SPENCER MARSTON, J.